Steven B. Pokotilow (SBP-2215)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
*Attorneys for Petitioner*
*NeoMedia Technologies, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOMEDIA TECHNOLOGIES, INC.,
                                Petitioner,

       -against-

SCANBUY, INC.,
                                Respondent.

Civil Action No. 13cv5990

## NOTICE OF PETITION FOR AN ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

**PLEASE TAKE NOTICE**, that upon the accompanying Declarations of Laura Marriott, dated August 26, 2013 and Steven B. Pokotilow, dated August 26, 2013, the exhibits attached thereto, and the accompanying Petition and Memorandum of Law, Petitioner NeoMedia Technologies, Inc. ("NeoMedia"), will move the Court, on a date and time determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order, pursuant to 9 U.S.C. § 9, confirming the Award, dated May 13, 2013, as modified on May 23, 2013, and entering judgment in accordance with the confirmed award.

Dated: August 26, 2013
       New York, New York

STROOCK & STROOCK & LAVAN LLP

By: _____
Steven B. Pokotilow (SBP-2215)
180 Maiden Lane
New York, New York 10038
(212) 806-5400
*Attorneys for Petitioner*
*NeoMedia Technologies, Inc.*

NY 74724889