# STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/03/13

By Email

September 3, 2013

Steve B. Pokotilow
Direct Dial: 212-806-6663
Fax: 212-806-6006

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007
Schofield_NYSDChambers@nysd.uscourts.gov

Re:   NeoMedia Technologies, Inc. v. Scanbuy, Inc.
      USDC SDNY Civil Action No. 13-cv-~~5590~~ 5990

Your Honor:

Petitioner NeoMedia Technologies, Inc. requests that certain documents filed electronically in this matter be removed from the Court's public docket. The Petition to Confirm an Arbitration Award and for Entry of Judgment was filed last week with an accompanying Notice of Petition, Proposed Order, Memorandum of Law and a Declaration of Steven Pokotilow. An additional Declaration of Laura Marriott was prepared and served on counsel for Scanbuy, Inc. but was not filed with the Court. The Petition and Memorandum of Law in Support of the Petition (D.I. 1 and 3) contain information that Scanbuy believes is sensitive confidential business information that should be removed from the public record.

In order to resolve this matter and accommodate the concerns of Respondent Scanbuy, the parties have reached an agreement whereby the above captioned matter (Civil Action No. 13-cv-5990) will be dismissed, without prejudice. At the same time, NeoMedia will re-file a revised Petition on Consent omitting the information of concern to Scanbuy and including a Joint Stipulation agreeing to an Order Confirming the decretal portion of the Arbitration Award.

NY 74736811

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Honorable Lorna G. Schofield
September 3, 2013
Page 2

For this reason the parties request the Court to grant this request to delete from the Pacer Docket the Petition and Memorandum of Law filed on August 26, 2013 as D.I. 1 and 3, and upon granting this request, the parties agree to immediately file a Stipulation of Voluntary Dismissal pursuant to Federal Rules Of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Steven B. Pokotilow

cc: John Hintz, Esq., Counsel for Respondent Scanbuy, Inc.

Application granted. The Clerk is directed to remove the Petition (Dkt. No. 1) and the Memorandum of Law in Support of the Petition (Dkt. No. 3) from the record.

Dated: September 3, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

NY 74736811